DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J. CURTIS BOYD,** individually, and **J. CURTIS BOYD, P.A.,**
Appellants,

v.

**SHARON EVANS,**
Appellee.

No. 4D2025-1023

[February 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 562024CA001323.

J. Curtis Boyd of J. Curtis Boyd, P.A., Fort Pierce, for appellants.

Brian W. Davey of St. Denis & Davey, P.A., Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***